# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

SAM EDWARD THURMOND, SR.                                                PLAINTIFF

V.                              4:12CV00014 SWW/JTR

KARL BYRD,
Faulkner County Sheriff; and
FAULKNER COUNTY DETENTION CENTER                      DEFENDANTS


## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 19th day of January, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE